RECEIVED

JUN 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CLEMENT JEAN-JACQUES, | CIVIL ACTION NO. 04-2450 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN A. MATA, | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the petition for writ of habeas corpus is DENIED and DISMISSED WITH PREJUDICE AS MOOT.

MONROE, LOUISIANA this 22 day of June, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE